UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_____PENSACOLA_____ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Reception & Medical Center
Date: 7/19/16
Initials: [signature]

Ollie Edward Parker III,
Inmate # 194465
(Enter full name of Plaintiff)

AMENDED COMPLAINT

vs.

CASE NO: 3:15cv376-MCR-EMT
(To be assigned by Clerk)

Officer Kosanovich A.K.A. Psycho

_____,
_____,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

1

Filed0722'16USDcFln3PM0253

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Ollie Edward Parker III
Inmate Number: 194465
Prison or Jail: Reception & Medical Center
Mailing address: P.O. Box 628
Lake Butler, FL 32054

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Kosanovich a.k.a. Psycho
    Official position: Officer - F.D.O.C.
    Employed at: Santa Rosa C.I.
    Mailing address: 5850 East Milton Road
    Milton, FL 32583

(2) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )        No( )        Unsure (✓)

1. Parties to previous action:
   (a) Plaintiff(s): _____
   (b) Defendant(s): _____
2. Name of judge: _____ Case #: _____
3. County and judicial circuit: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes(✓)        No( )

1. Parties to previous action:
   a. Plaintiff(s): Ollie Edward Parker III
   b. Defendant(s): Officer Kosanovich a/k/a Psycho et.al.
2. District and judicial division: Northern, Pensacola Florida
3. Name of judge: M. Casey Rogers        Case #: 3:14 cv 63 MCR-CJK
4. Approximate filing date: 12-2-14
5. If not still pending, date of dismissal: 4-27-15
6. Reason for dismissal: 28 U.S.C. § 1915(e)(2)(B)(I) as malicious

3

7. Facts and claims of case: <u>excessive use of force, cruel & unusual punishment and diliberate indifference</u>

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B))* in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(✓)   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): <u>Ollie Edward Parker III</u>
   b. Defendant(s): <u>unknown</u>
2. District and judicial division: <u>Middle, Florida</u>
3. Name of judge: <u>unknown</u>   Case #: <u>8:96 cv 691-SDM-TGW</u>
4. Approximate filing date: <u>April 8, 1996</u>
5. If not still pending, date of dismissal: <u>unknown</u>
6. Reason for dismissal: <u>unknown</u>
7. Facts and claims of case: <u>unknown</u>

**(Attach additional pages as necessary to list cases.)**

continue on page 5

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(✓)   No( )

1. Parties to previous action:
   a. Plaintiff(s): <u>Ollie Edward Parker III</u>
   b. Defendant(s): <u>unknown</u>
2. District and judicial division: <u>Northern, Pensacola Florida</u>
3. Name of judge: <u>unknown</u>   Case Docket # <u>4:96 cv 154-WS</u>
4. Approximate filing date: <u>April 5, 1996</u>   Dismissal date: <u>unknown</u>
5. Reason for dismissal: <u>unknown</u>

4

E.

✓ Yes

1. Parties to previous action:
   a. Plaintiff(s): Ollie Edward Parker III
   b. Defendant(s): unknown
2. District and judicial division: Middle Florida
3. Name of Judge: unknown     Case #: 3:96 cv 416-UA-J-S
4. Approximate filing date: April 8th, 1996
5. If not still pending, date of dismissal: unknown
6. Reason for dismissal: unknown
7. Facts and claims of case: unknown

5

# V. STATEMENT OF FACTS

## PLAINTIFF

I. Plaintiff Ollie Edward Parker III a/k/a Blue is and was herein mentioned in the statement of facts as Plaintiff.

Is a prisoner of the State of Florida in the custody of the Florida Department of Corrections.

## DEFENDANT

II. Defendant Kosanovich a.k.a. Psycho is and was herein mentioned in the statement of facts as Defendant.

Is a Correctional Officer of the Florida Department of Corrections.

6.  Facts and claims of case: <u>unknown</u>

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. (If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)

1) Plaintiff Ollie Edward Parker III a.k.a. Blue DC# B-194465 at the time of this incident was a (C.M.II) Close Management 2 level status inmate at Santa Rosa Correctional Institution - Main Unit housed in F-Dorm cell #3212.

2) On March 19th, 2013 at approximately 2:30pm Officer Kosanovich a/k/a Psycho-Defendant came to Plaintiff cell #3212 in F-Dorm at Santa Rosa Correctional Institution - Main Unit. Defendant was accompanied by Sergeant Raines.

3) Defendant ordered Plaintiff and his cellmate Stephen H. Look inmate #166551 to submit to handcuffs, which both did. Then Plaintiff and cellmate were removed from cell F-3213 and placed in seperate showers by Defendant and Sergeant Raines. Who then began searching Plaintiff's cell. March 19th, 2013

4) Defendant was upset because he had to conduct a cell search of Plaintiff's cell and personal property, in search of 24 DVD's and CD's Discovery material from Plaintiff's criminal case sent by an innocence project called Centurian Ministries. Which were impounded by Officer J. Ferro upon legal mail delivery. And were never in Plaintiff's possession. They were lost, Plaintiff had to file an informal grievance

7

to locate them. Administration gave order for Defendant to search Plaintiff's cell, to try and locate the 24 DVD's and CD's. March 19, 2013

5) Defendant removed numerous items of personal property from Plaintiff's cell. From Plaintiff's locker and off his bunk which was the top bunk. Several magazines and several packs of batteries. Plaintiff noticed this upon being returned to his cell. All personal items were staked in the walk way infront of cell. March 19th, 2013

6) Plaintiff explained to Defendant and the F-Dorm supervisor at the time Sergeant Raines, that he had reciepts for the several packs of batteries. And that the magazines were special ordered by family and friend. Plaintiff asked for DC6-220 form Inmate Impounded Personal Property List for all the personal property removed from his cell in accordance with department policy and procedure. On March 19th, 2013

7) Defendant told Plaintiff that that's what happens when you file grievances. Defendant saw Plaintiff's hand on the food flap. Due to Plaintiff talking to ~~~~~~ Defendant and Sergeant Raines through open food flap. Defendant intentionally slammed the food flap on Plaintiff's right hand, causing injury that required immediate medical attention due to bone being cracked and dislocated. The bone was clearly pressing up against the skin at the top of right hand. Defendand then stated "Now you won't be writing anymore fuck ass grievances. I know it's broken, I heard it snap." March 19, 2013

8) Plaintiff declared a medical emergency showing his right hand to the Defendant and Sergeant Raines who was F-Dorm's

8

continuation

## V. STATEMENT OF FACTS:

supervising officer, stated "This isn't my dorm. I'm just filling in today. Talk to your regular dorm officer."

9) Defendant then stated "Write a grievance!" As he walked away laughing, denying Plaintiff the medical emergency. And the ability to obtain treatment or medication to alleviate pain. Plaintiff was left in extreme pain. March 19, 2013

10) At about 3:36 pm Nurse S. Cosson came to F-Dorm cell #3212 3-Quad. Which housed Plaintiff. Nurse was escorted by Officer J. Ferro, to deliver medication for chronic illness. Plaintiff declared a medical emergency, showing both nurse and officer his swollen right hand. Only to be told by both that I wasn't getting a medical emergency. Nurse S. Cosson even stated "The only way you are going to see the C.H.O. (Chief Health Officer) was if you cut yourself. Then she would let Plaintiff bleed to death. March 19, 2013

11) Numerous officer's came around for security checks between 3:50 pm and 7:00 pm all denied Plaintiff medical treatment. Defendant did two security checks between this time. Both times when Plaintiff stopped him only to be told "Write a grievance about your hand. Stop writing grievances." March 19, 2013

12) Plaintiff was not allowed to recieve medical attention until shift changed at 7:00 pm Sgt Nelson on the 7:00 pm to 7:00 am shift saw Plaintiff's hand, which was the and had swollen to about the size of a softball. Plaintiff was in excrutiating pain.

9

continuation V. STATEMENT OF FACTS

13) Plaintiff was examined by Nurse S. Cosson at about 9:10pm stating "I'm not doing any paperwork to send you to outside hospital." Nurse Cosson then told officer's to get Plaintiff an ice pack. But refused to prescribe pain medication to alleviate pain. On March 19th, 2013

14) At about 11:00 pm a Captain (name unknown) came to Plaintiff's cell and took photographs of Plaintiff's right having him hold it up by his face. On March 19th, 2013

15) On March 20th, 2013 Plaintiff's right hand and wrist were X-Rayed at Santa Rosa Correctional Institution main unit medical department. X-Ray showed that bones were cracked and dislocated.

16) On March 21st, 2013 Plaintiff was taken to Santa Rosa Medical Center, doctor at the Medical Center refused to reset bones in Plaintiff's right hand due to liability claims. And referred Plaintiff to a specialist, to be seen on March 22, 2013. Plaintiff was given two shots for pain and issued a prescription for pain medication.

17) Plaintiff was emergency transferred to (R.M.C) Reception Medical Center, (F.D.O.C.) of the Florida Department of Corrections on March 25th, 2013. Plaintiff underwent surgery on March 28th, 2013 to reset bones in his right hand. Pain medication was recieved several days after surgery.

18) Plaintiff has exhausted all administrative grievances remedies and appeals.

10

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1) Defendant Kosanovich a/k/a Psycho violated Plaintiff's 1st Amendment rights under the U.S. Constitution. When Defendant used physical violence against Plaintiff for exercising his right to seek redress from the prison through use of the prison grievance system, taking Plaintiff's personal property and slamming his hand in food flap causing injury was unlawful. And were in retaliation against Plaintiff for utilizing the prison grievance system which is up held by the 1st Amendment of the U.S. Constitution (See

(continue on page 12)

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Plaintiff respectfully requests that this court:

A) Declares that the acts and omissions described herein violated Plaintiff's rights under the constitution and laws of the

(continue on page 13)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

7/19/16
(Date)

Q.M. Ell P.L III
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the __19__ day of __July__, 20_16_.

Q.M. Ell P.L III
(Signature of Plaintiff)

Revised 03/07

11

continuation of
# VI. STATEMENT OF CLAIMS:

paragraph(s) 4, 5, 6, 7, & 8 & 11) Causing Plaintiff injury to his 1st Amendment rights through these illegal actions.

20) Defendant Kosanovich a/k/a Psycho violated Plaintiff's 8th Amendment rights under the U.S. Constitution. When Defendant used excessive force against Plaintiff by slamming Plaintiff's hand in food flap causing injury to his right hand. Plaintiff was not violating any prison rule and was not acting disruptively. Causing Plaintiff injury, pain and suffering. And was done malisiously and sadistically for the very purpose of causing Plaintiff harm and pain by use of excessive force without ~~the~~ penological justification, under the color of law both state and federal. Punishing Plaintiff ~~and~~ cruel and unusaully for filing grievances. (See paragraph(s) 7, 8, 9 & 11)

21) Defendant Kosanovich a/k/a Psycho violated Plaintiff's 8th Amendment rights under the U.S. Constitution which prohibits cruel and unusual punishment of inmates. Plaintiff's rights were violated when the Defendant's being deliberate indifferent to Plaintiff's medical needs, delayed and denied providing Plaintiff with medical care and intentionally interferred with Plaintiff getting medical treatment. The wanton infliction of pain was done maliciously and sadistically, when Defendant denied Plaintiff medical treatment. (See paragraphs 7, 8, 9 & 11)

continuation
## VII. RELIEF REQUESTED:

United States.

B) Order Defendant to pay Plaintiff punitive damages in the amount of $250,000.00. And compensatory damages in the amount of $150,000.00 and nominal damages.

C) Allow Defendant to be sued in his "individual and official capacity."

D) Grant Plaintiff injunctive relief (temporary and permanent) ordering that Plaintiff be kept away from Defendant and Santa Rosa Correctional Institution.

E) Grant any other proper, just and equitable relief that this Honorable Court deems proper.

F) Order Defendant to pay all legal costs, and fee's including attorney fee's in the event counsel is appointed for the Plaintiff or retained.

G) Plaintiff demands a trial by jury.

13

Ollie Parker #B-194465
Reception & Medical Center
P.O. Box 628
Lake Butler, FL 32054

LEGAL MAIL

**MAILED FROM A STATE CORRECTIONAL INSTITUTION**

Clerk of Court
U.S. District Court
Northern District of Florida
1 North Palafox Street
Pensacola, FL 32502