IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OLLIE EDWARD PARKER, III,
Inmate No. 194465,
     Plaintiff,

vs.                                          Case No.: 3:15cv376/MCR/EMT

OFFICER KOSANOVICH,
     Defendant.
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on the parties' "Joint Stipulation of Dismissal with Prejudice" (ECF No. 47). The parties advise that they have amicably settled this case, have agreed to the dismissal of all claims with prejudice, and have agreed that each party will bear their own fees and costs.

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated, the dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Here, the "Joint Stipulation for Dismissal with Prejudice" is signed by Plaintiff and counsel for both Defendants. Thus the parties should be entitled to dismissal of this action with prejudice under Rule 41(a)(1)(B). The parties also request that the court retain

jurisdiction for the limited purpose of enforcing their settlement agreement should the need arise.

Accordingly, it is respectfully **RECOMMENDED**:

1.      That this action be **DISMISSED with prejudice**.

2.      That, in the event that the settlement is not consummated, the Court reserve the power, upon motion filed by any party within **sixty (60) days** of the date of its order of dismissal, to amend or vacate and set aside the order of dismissal and reinstate this case.

At Pensacola, Florida, this 30th day of April 2018.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.