# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

OLLIE EDWARD PARKER, III,
Inmate No. 194465,

    Plaintiff,

v.                                                      CASE NO. 3:15cv376/MCR/EMT

OFFICER KOSANOVICH,

    Defendant.
_____/

## **O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 30, 2018. ECF No. 48. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED with prejudice**.

3. In the event that the settlement is not consummated, the Court reserve the power, upon motion filed by any party within **sixty (60) days** of the date of its order of dismissal, to amend or vacate and set aside the order of dismissal and reinstate this case.

**DONE AND ORDERED** this 30th day of May 2018.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**